FILED BY_____MB_____D.C.

Jan 16, 2026

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - FTP

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NUMBER: 26-MJ-00004-SMM

UNITED STATES OF AMERICA,

v.

VICTORINO GOMEZ-PEREZ,

   Defendant.
_____/

## CRIMINAL COVER SHEET

1. Did this matter originate from a matter pending in the Central Region of the United States Attorney's Office prior to October 3, 2019 (Mag. Judge Jared M. Strauss)?   **No.**

2. Did this matter involve the participation of or consultation with now Magistrate Judge Eduardo I. Sanchez during his tenure at the U.S. Attorney's Office, which concluded on January 22, 2023?  **No.**

3. Did this matter involve the participation of or consultation now Magistrate Judge Marta Fulgueira Elfenbein during her tenure at the U.S. Attorney's Office, which concluded on March 5, 2024?   **No.**

4. Did this matter involve the participation of or consultation with Magistrate Judge Ellen F. D'Angelo during her tenure at the U.S. Attorney's Office, which concluded on October 7, 2024?   **No.**

Respectfully submitted,

JASON A. REDING QUIÑONES
UNITED STATES ATTORNEY

By:   */s/ Jessica Kahn Obenauf*
**JESSICA KAHN OBENAUF**
Assistant United States Attorney
Florida Bar No.: 52716
101 S. US Hwy 1, Suite 3100
Fort Pierce, Florida 34950
Tel: (772) 466-0899
Jessica.Obenauf@usdoj.gov

AO 91 (Rev. 11/11) Criminal Complaint                                              AUSA Jessica Kahn Obenauf

# UNITED STATES DISTRICT COURT
## for the
### Southern District of Florida

FILED BY ____MB____ D.C.
Jan 16, 2026
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - FTP

| United States of America | ) |
|---|---|
| v. | ) |
| VICTORINO GOMEZ-PEREZ | ) Case No. 26-MJ-00004-SMM |
| | ) |
| Defendant(s) | ) |

## CRIMINAL COMPLAINT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __January 13, 2026__ in the county of __Saint Lucie__ in the __Southern__ District of __Florida__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 8 U.S.C. §§ 1326(a) and (b)(1) | Previously Removed Alien Found in the United States. |

This criminal complaint is based on these facts:

-SEE ATTACHED AFFIDAVIT-

☑ Continued on the attached sheet.

_____
Complainant's signature

Angelo Zaravelis, Deportation Officer, ICE
Printed name and title

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by videoconference.

Date: 1/16/2026

_____
Judge's signature

City and state: Fort Pierce, Florida

Shaniek Mills Maynard, U.S. Magistrate Judge
Printed name and title

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Angelo Zaravelis, being duly sworn, depose and state as follows:

1. I am a Deportation Officer of the United States Department of Homeland Security ("DHS"), Immigration and Customs Enforcement ("ICE"), and have been employed in a similar capacity since 2007. I am currently assigned to Enforcement and Removal Operations ("ERO"), Criminal Alien Program, Stuart, Florida. As a Deportation Officer with ICE, my duties and responsibilities include enforcing criminal and administrative immigration laws of the United States. I have also conducted and participated in investigations of this nature.

2. This affidavit is based upon my own knowledge as well as information provided to me by other law enforcement officers. This affidavit does not set forth every fact known to me regarding the investigation but only those facts necessary to establish probable cause to believe that Victorino GOMEZ-PEREZ ("GOMEZ-PEREZ") committed the offense of being a previously removed alien found in the United States, in violation of Title 8, United States Code, Sections 1326(a) and (b)(1).

3. The Florida Fish and Wildlife Conservation Commission ("FWC") has partnered with ICE and is part of the 287(g) Program. The program delegates federal immigration enforcement authorities to state and local law enforcement agencies.

4. On or about January 13, 2026, FWC Officers were surveilling a residence in Saint Lucie County, Florida, for an individual with an active warrant for arrest of alien. While surveilling the residence, FWC officers observed multiple subjects matching the description of the target exit the residence, one of which was later identified as GOMEZ-PEREZ. While attempting to encounter and identify the subjects, GOMEZ-PEREZ ran from the area. An FWC Officer conducted a foot chase and detained GOMEZ-PEREZ. GOMEZ-PEREZ identified himself to the

Officer by name and date of birth. The FWC Officer located a Guatemalan identification card in GOMEZ-PEREZ's wallet. The FWC Officer contacted an ICE Deportation Officer, alerting ICE officials to GOMEZ-PEREZ's presence in the United States. The ICE Deportation Officer confirmed that GOMEZ-PEREZ is an alien previously removed from the United States. FWC arrested GOMEZ-PEREZ for violation of immigration law.

5. I reviewed documents from the immigration alien file belonging to Victorino GOMEZ-PEREZ, AXXX XXX 182, which show that he is a native and citizen of Guatemala. Records show that on or about March 12, 2018, GOMEZ-PEREZ was ordered removed from the United States. On April 12, 2018, GOMEZ-PEREZ was removed from the United States to Guatemala.

6. I entered the fingerprints of GOMEZ-PEREZ into the IDENT system, a biometric database maintained by the Department of Homeland Security. The results confirmed that GOMEZ-PEREZ is the individual that was previously removed from the United States.

7. Agents performed a record check in the Computer Linked Application Informational Management System ("CLAIMS"), to determine if Victorino GOMEZ-PEREZ ever filed an application for permission to reapply for admission into the United States after deportation or removal. A search in that database system verified that no records exist indicating that GOMEZ-PEREZ obtained consent from the Attorney General of the United States or from the Secretary of Homeland Security for re-admission into the United States as required by law.

8. On October 27, 2017, GOMEZ-PEREZ was convicted in the General Sessions Court, Lexington County, South Carolina, for the offenses of felony driving under the influence, great bodily injury results, and reckless homicide, death results within three years caused by injury from vehicle.

9. Based on the foregoing, I believe that there exists probable cause to believe that, on or about January 13, 2026, Victorino GOMEZ-PEREZ, an alien who has previously been deported and removed from the United States, was found in the United States without having received the express consent from the Attorney General or the Secretary of the Department of Homeland Security for re-admission into the United States, in violation of Title 8, United States Code, Sections 1326(a) and (b)(1).

_____
Angelo Zaravelis
Deportation Officer
Immigration and Customs Enforcement

Subscribed and sworn to before me, by videoconference, in accordance with Rule 4.1 of the Federal Rules of Criminal Procedure, in Fort Pierce, Florida, this 16th day of January, 2026.

_____
SHANIEK MILLS MAYNARD
UNITED STATES MAGISTRATE JUDGE